# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| FRANCIS FERRELL, | Civil No. 11-2111 (RHK/SER) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| STELLAR RECOVERY, INC., | |
| Defendant. | |

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  September 23, 2011

                                                   s/Richard H. Kyle\
                                                 RICHARD H. KYLE\
                                                 United States District Judge