≋AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

Frances Ferrell

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  11-2111 RHK/SER

Stellar Recovery, Inc.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

| September 23, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)          A. Linner    Deputy Clerk |

C:\Documents and Settings\linner\Desktop\Blank Judgment Form.wpd                                                                                       Form Modified:  09/16/04